■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HANEY, Appellant. [25 NYS3d 876]—An appeal having been taken to this Court by the above-named appellant from

judgments of the Supreme Court, New York County (Michael Obus, J.), rendered July 17, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.